FEDERAL RESERVE BANK OF PHILADELPHIA, complainant-appellant,

*v.*

CHARLES H. GODFREY et ux., et al., defendants-respondents.

[Decided April 24th, 1936.]

204

*Messrs. Cole & Cole,* for the appellant.

*Messrs. Endicott & Endicott,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated by Vice-Chancellor Sooy in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.